BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY $7,000.00<br>IN U.S. CURRENCY,<br><br>APPROXIMATELY $8,950.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,010.00 IN U.S. CURRENCY,<br>　　　　　　　　Defendants. | CASE NO. 1:13-MC-00045-LJO<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Potential Claimants Mark Huggins and Gabriel Gonzales ("Potential Claimants"), by and through their respective attorneys, as follows:

1.　　On or about June 10, 2013, the Drug Enforcement Administration ("DEA") received an administrative claim filed by Potential Claimants with respect to the above-referenced approximately $7,000.00 in U.S. Currency, $8,950.00 in U.S. Currency, and $10,010.00 in U.S. Currency (the

"defendant currency"), which was seized on or about February 28, 2013.

2. The DEA has sent written administrative forfeiture notice of intent to forfeit as required by 18 U.S.C. § 983 to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the currency in the administrative forfeiture proceeding.

3. Title 18 U.S.C. § 983(a)(3)(A) requires the United States to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend from September 8, 2013 to October 8, 2013 , the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to October 8, 2013.

Dated:  September 6 , 2013           BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Heather Mardel Jones
                                     HEATHER MARDEL JONES
                                     Assistant United States Attorney

Dated: September 6 , 2013            /s/ Jeffrey A. Tenebaum
                                     JEFFREY A. TENENBAUM
                                     Attorney for Claimants Mark Huggins and
                                     Gabriel Gonzales
                                     (original signature retained by attorney)

IT IS SO ORDERED.

Dated:   **September 12, 2013**         **/s/ Lawrence J. O'Neill**

Stipulation and Order Extending the United States'         2
Time to File

1 UNITED STATES DISTRICT JUDGE

Stipulation and Order Extending the United States' Time to File          3